JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NATALE, | Case No. CV 24-7782 FMO |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 31st day of January, 2025.

/s/
Fernando M. Olguin
United States District Judge